
RECEIVED
IN LAKE CHARLES, LA

OCT 0 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RICHARD VITAL<br>D.O.C. 586649 | * | CIVIL ACTION NO. 2:15-CV-02552 |
| v. | * | JUDGE MINALDI |
| DARREL VANNOY | * | MAGISTRATE JUDGE KAY |

**************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 20) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, in consideration of the petitioner's Objection (Rec. Doc. 21) and the respondent's Response (Rec. Doc. 22) and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 4 day of Oct., 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE